IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JORGE L. NEGRETE, | ) |
|        Plaintiff, | ) Case No. 15 cv 04342 |
| v. | ) Judge Charles R. Norgle, Sr. |
| SILICONE RUBBER RIGHT PRODUCTS, LLC, and JORGE LOPEZ, individually, | ) Magistrate Judge Susan E. Cox |
|        Defendants. | ) |

## SATISFACTION OF JUDGMENT

Judgment was rendered in favor of Jorge L. Negrete, Plaintiff, and against Silicone Rubber Right Products, LLC, and Jorge Lopez, individually, Defendants in the above-entitled action, on the 29th day of June, 2015, in the total sum of $13,906.42 including costs. The Defendants acknowledge payment of said judgment, costs and interest in full and desire to release this judgment and hereby fully and completely satisfy the same. Plaintiff acknowledges receipt of payment in full.

Date: 8/13/2015

JORGE L. NEGRETE

By: _____
One of Plaintiff's Attorneys

Raisa Alicea
Consumer Law Group, LLC
6232 N. Pulaski Rd., Suite 200
Chicago, IL 60646
Telephone: (312) 800-1017